ACCEPTED
01-15-00694-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 12:24:38 PM
CHRISTOPHER PRINE
CLERK

# 01-15-00694-CV

## CAUSE NO. 1053689

| | | |
|---|---|---|
| **LEAWOOD HOA, INC.**<br>Plaintiff | §<br>§<br>§ | **IN THE COUNTY CIVIL COURT** |
| | § | **AT LAW NO. 2** |
| **v.** | §<br>§ | |
| **IQBAL AKHTAR.**<br>Defendants. | §<br>§ | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 12:24:38 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT'S NOTICE OF APPEAL

**COMES NOW** Defendant Iqbal Akhtar, by and through his attorney of record, and desire to appeal from the Final Judgment signed on July 23, 2015, by the County Civil Court at Law No. 2, Harris County, Texas, in Cause No. 1053689, styled *Leawood HOA, Inc. v. Iqbal Akhtar*. This appeal is taken to the First or Fourteenth Courts of Appeals at Houston, Texas.

Respectfully Submitted,

*/s/wakiloyedemi*

Wakil Oyedemi
TBN:24084291
101 Southwestern Boulevard, Suite 200
Sugar Land, Texas 77478
Tel: (832) 939- 8578
Fax: (832) 939-8582
Email: ooyedemi@yahoo.com
**ATTORNEYS FOR DEFENDANTS
IQBAL AKHTAR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Notice of Appeal of Iqbal Akhtar was served, in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1 (e).

*/s/wakiloyedemi*

Wakil O. Oyedemi